No. 82–482.  HAMILTON ET AL. *v.* VIRGINIA, *ante*, p. 1011;

No. 82–506.  SAFIR *v.* LEWIS, SECRETARY OF TRANSPORTATION, ET AL., *ante*, p. 972;

No. 82–5177.  CELESTINE *v.* CROWN CENTER HOTEL, *ante*, p. 973;

No. 82–5317.  BERRYHILL *v.* GEORGIA, *ante*, p. 981;

No. 82–5328.  THOMAS *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante*, p. 982;

No. 82–5329.  MILLER *v.* MILLER, *ante*, p. 973;

No. 82–5348.  RILEY *v.* FLORIDA, *ante*, p. 981;

No. 82–5405.  MCPEEK ET AL. *v.* YOUNG, UNITED STATES DISTRICT JUDGE, ET AL., *ante*, p. 992;

No. 82–5471.  SPEAR *v.* ROBERTS, *ante*, p. 1020; and

No. 82–5658.  MULVILLE *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 1074.  Petitions for rehearing denied.

No. 81–2361.  GROSSMAN *v.* FIDELITY MUNICIPAL BOND FUND, INC., ET AL., *ante*, p. 838;

No. 81–6947.  VELASQUEZ *v.* COLORADO, *ante*, p. 805;

No. 82–5030.  CHAVIS-EL *v.* GREER ET AL., *ante*, p. 945; and

No. 82–5218.  COLLINS *v.* CHICAGO BOARD OF EDUCATION, *ante*, p. 913.  Motions for leave to file petitions for rehearing denied.

No. 82–362.  VENTURE TECHNOLOGY, INC. *v.* NATIONAL FUEL GAS DISTRIBUTION CORP. ET AL., *ante*, p. 1007.  Motion of petitioner for joint consideration with other cases denied.  Petition for rehearing denied.

JANUARY 17, 1983

No. 82–639.  BOARD OF EDUCATION, CITY SCHOOL DISTRICT, ROCHESTER, NEW YORK, ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.; and